87    435
'd205    540

THE PEOPLE *ex rel.* Louis C. Huck

*v.*

JOHN S. QUICK *et al.*

TAXES—*who may object to judgment.* Unless a party's interest in the lands, against which judgment is sought for taxes, is made to appear, no objection in his behalf to the rendition of judgment can be entertained. If the land is not taxed in his name, he must show his interest.

APPEAL from the County Court of Cook county; the Hon. MARTIN R. M. WALLACE, Judge, presiding.

This was an application by Louis C. Huck, as collector of Cook county, for judgment against certain lands. The court below sustained certain objections made by the appellees. Evidence was heard by the court below in support of the objections, and it does not appear that any question was made in the court below as to the objector's right to resist the application.

Mr. FRANCIS ADAMS, for the appellants.

Mr. JOHN P. WILSON, for the appellees.

Per CURIAM: It is sufficient for the disposal of this case to say, that it does not appear from the record that appellees had any interest in any of the lands in question. No evidence

was offered to that effect. The lands are not taxed in the names of appellees as owners.

Unless such interest is made to ·appear, no objections will be entertained which may be made by a person against a judgment for the sale of delinquent lands for taxes, as this court has heretofore decided.

The judgment will be reversed and the cause remanded.

*Judgment reversed.*